IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Douglas P. Stillman,          :

    Petitioner,           :

  v.                          :          Case No. 2:07-cv-0198

Warden Lebanon Correctional   :          JUDGE SMITH

    Respondent.           :

## ORDER

Petitioner has not paid the filing fee for this habeas corpus action within the time allowed in the Court's order of March 15, 2007, denying his application for leave to proceed in forma pauperis.  Consequently, the case is DISMISSED for failure to pay the filing fee.

/s/ George C. Smith
George C. Smith
United States District Judge